ETTA M. DAVIS, Respondent, v. MORRIS HURWITZ and Others, Individually and Doing Business under the Assumed Name of " FLORENCE PARKING STATION," Appellants.— Judgment of County Court and judgment of Municipal Court reversed on the law and a new trial granted in the Municipal Court, with costs in all courts to appellant to abide the event upon the ground that the learned trial court erred in failing to charge the jury correctly in the main charge and upon requests made as to the extent and grounds of defendants' liability. All concur. Present — Crouch, Taylor, Edgcomb, Thompson and Crosby, JJ.

WILLIAM H. DAVIS, Respondent, v. MORRIS HURWITZ and Others, Individually and Doing Business under the Assumed Name of " FLORENCE PARKING STATION," Appellants.— Judgment of County Court and judgment of Municipal Court